## CIRCUIT COURT OF THE CITY OF NORFOLK

Wilmoth

v.

Wilmoth

February 27, 1974

Case No. (Chancery) 524/1957

By JUDGE WALTER A. PAGE

The Court has again considered the Memoranda and argument of counsel and also the case of *Waldron* v. *Waldron*, 301 N.E.2d 167, which was recently brought to the attention of the Court.

Counsel argues that the child in the instant case acquired a vested right to support by her father pursuant to a decree providing for the payment of $15.00 a week for child support entered prior to the enactment of Section 1-13.42 of the Code of Virginia, 1950, as amended, which changed the age of majority in Virginia from twenty-one to eighteen years of age. The Court is of the opinion that this is not a matter of a vested right of a child to support by its parent but rather a statutory duty or liability placed upon a parent to support a minor child where the jurisdiction to enforce that duty has been conferred upon the courts.

The Court is of the opinion that it has no power to continue a provision for the support of a child after the child attains his majority. 24 Am. Jur. 2d, *Divorce and Separation*, § 855; 27B C.J.S., *Divorce*, § 323(b); and *Divorce and Alimony in Virginia & West Virginia*, 2d ed., Phelps, § 23-16. Therefore, the prior ruling of the Court that the duty to support terminated when the child in the instant case reached its majority of eighteen years of age is unchanged.